# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFFERY MURPHY, | |
| Plaintiff, | |
| v. | CIVIL ACTION : 16-cv-06758 |
| NAVIENT SOLUTIONS, INC., | |
| Defendant. | |

## DEFENDANT'S NOTICE OF NAME CHANGE
## AND SUPPLEMENTAL NOTICE AS TO AFFILIATES

Please take notice that, in connection with an internal corporate reorganization, defendant Navient Solutions, Inc. has converted to a Delaware limited liability company, and has changed its name from "Navient Solutions, Inc." to "Navient Solutions, LLC," effective as of January 31, 2017.

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.2, Defendant Navient Solutions, LLC ("NSL") states as follows:

NSL is wholly owned by its sole member, Navient Corporation, which is a publicly traded Delaware corporation. NSL is aware of no other entity with a financial interest in this case.

Dated: February 23, 2017

                Respectfully submitted,

                */s/ David S. Yellin*
                David S. Yellin
                dyellin@ifrahlaw.com
                A. Jeff Ifrah
                jeff@ifrahlaw.com
                IFRAH PLLC
                1717 Pennsylvania Avenue, NW
                Suite 650
                Washington, DC 20006
                Tel. 202-524-4153
                Fax 202-524-4141

                *Attorneys for Defendant*
                *Navient Solutions, LLC f/k/a Navient Solutions, Inc.*